United States District Court
Southern District of Texas
**ENTERED**
March 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| TRINIDAD C. HERNANDEZ *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:21-CV-80 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiffs filed a motion to approve a settlement for A.A.H., a minor (Dkt. No.

31). After the United States Magistrate Judge held a hearing on the motion, he issued

a Report and Recommendation (Min. Ent. 13, 2023; Dkt. No. 35). The Report

recommends three dispositions:

1. The Court should find the appointment of a guardian ad litem is unnecessary;
2. The Court should approve A.A.H.'s proposed settlement agreement; and
3. The Court should direct that A.A.H.'s settlement funds be deposited in the District's Court Registry Investment System

(Min. Ent. 13, 2023; Dkt. No. 35). The parties waived their right to object to the Report

(Dkt. No. 35 at 4).

Having reviewed the motion, proposed settlement agreement, and the Report,

the Court **ADOPTS** the Report's recommendations (Dkt. No. 35). The Court **FINDS**

it is unnecessary to appoint a guardian ad litem for A.A.H. The Court GRANTS

Plaintiffs' motion (Dkt. No. 31) and **APPROVES** the proposed settlement agreement

(Dkt. No. 34).

Upon receiving A.A.H.'s settlement funds, the Clerk of Court is **DIRECTED** to deposit the funds into an interest-bearing account consistent with the District's General Order No. 2016-14. *See* S.D. Tex. Gen. Order 2016-14 (Dec. 5, 2016). A.A.H. may withdraw these settlement funds once he reaches eighteen years of age, files the appropriate motion with the Court, and receives the appropriate Court order.

It is so **ORDERED**.

**SIGNED** March 17, 2023.

Marina Garcia Marmolejo
United States District Judge